**Order filed August 21, 2012**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00804-CV
_____

**M.B. "BENNY" DANESHJOU, INDIVIDUALLY AND AS THE REPRESENTATIVE OF DANESHJOU COMPANY, INC., Appellants**

**V.**

**ROBERT H. BATEMAN AND BATEMAN/PUGH, PLLC, Appellee**

---

**On Appeal from the 129th District Court
Harris County, Texas
Trial Court Cause No. 2009-49701**

---

# O R D E R

The clerk's record was filed November 7, 2011. Our review has determined that relevant items may have been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain any request for the preparation of a reporter's record or any request for the preparation of the clerk's record on appeal by any party.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before August 31, 2012, containing any request for the preparation of a reporter's record and any request for the preparation of the clerk's record on appeal by any party.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM